Form 3

## UNITED STATES COURT OF INTERNATIONAL TRADE

| NAGASE & CO., LTD., | |
|---|---|
| Plaintiff, | |
| v. | Court No. 21-00574 |
| UNITED STATES, | |
| Defendant. | |

**TO:** The Attorney General, the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. The plaintiff is NAGASE & CO., LTD.  Plaintiff is a Japanese exporter of merchandise subject to the antidumping duty order at issue, and participated in the Department's administrative review that resulted in the contested finding.  Plaintiff therefore is a party to the proceeding and is entitled to commence this civil action pursuant to 28 U.S.C. § 2631(c), 28 U.S.C. § 1581(c), and 19 U.S.C. § 1516a(a)(2)(B)(iii).

2. Plaintiff contests the Final Results of the 2018-2020 Antidumping Duty Administrative Review in Glycine From Japan (case no. A-588-878) with respect to glycine exported by NAGASE & CO., LTD., by the International Trade Administration, Department of Commerce.

3. The underlying administrative determination was issued on September 22, 2021.

4. The Final Results were published in the Federal Register on September 29, 2021 (86 Fed. Reg. 53946).

  /s/ Jay C. Campbell
Jay C. Campbell
William J. Moran
Cristina M. Cornejo
WHITE AND CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

October 29, 2021

## SERVICE OF SUMMONS BY THE CLERK

**NAGASE & CO., LTD. v. UNITED STATES**
**CIT Court No. 21-00574**

      Pursuant to CIT Rule 3(a)(2), this is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, for which the filing of a summons only is required for commencement of the action. In accordance with CIT Rule 4(a)(1) and (4), the Clerk of the Court is requested to serve the summons on each of the following named defendants:

**UPON THE UNITED STATES:**
Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
Commercial Litigation Branch
National Courts Section
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson
Director
Civil Division
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE DEPARTMENT OF COMMERCE:**
Leslie Kiernan
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington, DC 20230

Robert Heilferty
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

## NOTICE TO INTERESTED PARTIES

### NAGASE & CO., LTD. v. UNITED STATES
### CIT Court No. 21-00574

      I, Jay C. Campbell of the law firm White & Case LLP, hereby certify that on October 29, 2021, pursuant to CIT Rule 3(f), I notified all interested parties who were a party to the proceeding below, by mailing copies of the foregoing Summons, Form 5, Form 13, and Forms 17, by certified mail, return receipt requested:

**ON BEHALF OF GEO SPECIALTY CHEMICALS, INC.**
David M. Schwartz, Esq.
**Thompson Hine LLP**
1919 M Street, NW
Suite 700
Washington, DC 20036
Phone: 202-331-8800
Email: david.schwartz@thompsonhine.com

**ON BEHALF OF SHOWA DENKO K.K.,**
Bernd G. Janzen, Esq.
**Akin Gump Strauss Hauer & Feld LLP**
2001 K Street NW
Washington, DC 20006
 Phone: 202-887-4000
Email: bjanzen@akingump.com

**ON BEHALF OF AJINOMOTO CO., INC., AJINOMOTO HEALTH AND NUTRITION NORTH AMERICA, INC.,**
Jonathan Thomas Stoel, Esq.
**Hogan Lovells US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Phone: 202-637-5600
Email: jonathan.stoel@hoganlovells.com

                                                    /s/ Jay C. Campbell
                                                         Jay C. Campbell

# CERTIFICATE OF SERVICE

I, Jay C. Campbell of the law firm White & Case LLP, hereby certify that on October 29, 2021, copies of the foregoing Summons, Form 5, Form 13, and Forms 17, were delivered to the following parties by certified mail, return receipt requested:

**UPON THE UNITED STATES:**
Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
Commercial Litigation Branch
National Courts Section
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE DEPARTMENT OF COMMERCE:**
Leslie Kiernan
General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington DC 20230

Robert Heilferty
Chief Counsel
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

    /s/ Jay C. Campbell
    Jay C. Campbell