## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE

| | |
|---|---|
| NAGASE & CO., LTD., <br><br>    Plaintiff, <br><br>v. <br><br>UNITED STATES, <br><br>    Defendant, <br><br>and <br><br>DEER PARK GLYCINE, LLC, <br><br>  Defendant-Intervenor. | Court No. 21-00574 |

## PLAINTIFF'S NOTICE OF APPEAL

  Notice is hereby given that Plaintiff NAGASE & Co., Ltd. hereby appeals to the United States Court of Appeals for the Federal Circuit from this Court's final decision and judgment entered in this action on July 30, 2024.

                Respectfully submitted,

                WHITE & CASE LLP

                /s/ Jay C. Campbell
                Jay C. Campbell
                White & Case LLP
                701 Thirteenth Street, NW
                Washington, DC 20005
                (202) 626-3600
                jcampbell@whitecase.com

September 27, 2024         Counsel to Plaintiff NAGASE & Co., Ltd.

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 27th day of September 2024, "PLAINTIFF'S NOTICE OF APPEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jay C. Campbell
Jay C. Campbell